| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | NICHOLAS M. PARKER (CABN 297860)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7368 |
| 7 | Nicholas.Parker3@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:24-CR-00113 JD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING TO JULY 14, 2025;** [PROPOSED] **ORDER** |
| KEVIN ESTRADA MEJIA, | ) | |
| Defendant. | ) | |

WHEREAS, there presently is a change-of-plea hearing scheduled in the above-captioned matter for June 30, 2025;

WHEREAS, the defendant previously had intended to enter an open plea to the charges in this case; and

WHEREAS, the parties have since agreed to resolve the case via a plea agreement and would benefit from additional time to reduce their agreement to writing.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for the defendant, Kevin Estrada MEJIA, that the change-of-plea hearing presently scheduled for June 30, 2025, be continued to July 14, 2025.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED**.

DATED: June 24, 2025              Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Nicholas Parker*
NICHOLAS M. PARKER
Assistant United States Attorney

DATED: June 24, 2025               /s/ *Sierra Dugan*
SIERRA DUGAN
Counsel for Defendant MEJIA

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the change-of-plea hearing presently scheduled for June 30, 2025, to July 14, 2025.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the change-of-plea hearing shall be continued from June 30, 2025, to July 14, 2025.

**IT IS SO ORDERED**.

DATED: June 27, 2025

_____
JAMES DONATO
United States District Judge